UNITED STATES of America, Plaintiff–Appellee,

v.

Taurus BROOKS, Defendant–Appellant.

No. 08–11076
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Sept. 10, 2008.

John Philip Fox, Adams, Hemingway & Wilson, LLP, Macon, GA, for Defendant–Appellant.

Tamara A. Jarrett, Macon, GA, Dean S. Daskal, U.S. Attorney's Office, Columbus, GA, for Plaintiff–Appellee.

Before ANDERSON, HULL and KRAVITCH, Circuit Judges.

PER CURIAM:

John Philip Fox, appointed counsel for Taurus Brooks in this direct criminal appeal, has filed a motion to withdraw from further representation of the appellant on the ground that the appeal has no arguable merit, and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.

Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Brooks's conviction and sentence are **AFFIRMED.**